**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Case No.  13-cr-00370-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  GERARDO HERNANDEZ-TORRES,

      Defendant.

---

**ORDER**

---

      Pursuant to and in accordance with the sentencing hearing held before the

Honorable Robert E. Blackburn, United States District Judge, on February 27, 2014,

      **IT IS ORDERED** that Defendant Gerardo Hernandez-Torres is sentenced to **time**

**served**.

      Dated:  February 27, 2014

                     BY THE COURT:


                     s/ Robert E. Blackburn
                     ROBERT E. BLACKBURN,
                     UNITED STATES DISTRICT JUDGE